# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PEAR THERAPEUTICS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10429 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 22, 2023 at 2:00 p.m. (ET)**<br>**Obj. Deadline: May 3, 2023 at 4: 00 p.m.(ET)** |

## NOTICE OF MOTION

**EACH CONTRACT COUNTERPARTY RECEIVING THIS MOTION SHOULD LOCATE THEIR RESPECTIVE NAMES AND REJECTED CONTRACTS IDENTIFIED ON EXHIBIT 1 TO THE PROPOSED ORDER ATTACHED TO THE MOTION AS EXHIBIT A.**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE CONTRACT COUNTERPARTIES; (III) THE HOLDERS OF THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS; AND (IV) ALL PARTIES WHO, AS OF THE FILING OF THIS MOTION, HAVE REQUESTED NOTICE IN THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on April 19, 2023, Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. (the "Debtors") filed the attached *Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Nunc Pro Tunc to April 7, 2023* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motion must be filed on or before **May 3, 2023, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response or objection upon the undersigned counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MAY 22, 2022 AT 4:00 P.M.** BEFORE THE HONORABLE THOMAS M. HORAN FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pear Therapeutics, Inc. (3092) and Pear Therapeutics (US), Inc. (7074). The Debtors' corporate headquarters are located at 200 State Street, 13th Fl., Boston, MA 02109.

FH11350614.8

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: April 19, 2023
Wilmington, Delaware

*/s/ Chantelle D. McClamb*
Chantelle D. McClamb (No. 5978)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6300
Email: cmcclamb@gibbonslaw.com

-and-

Robert K. Malone (admitted *pro hac vice*)
Kyle P. McEvilly (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
    kmcevilly@gibbsonlaw.com

-and-

Alison D. Bauer (admitted *pro hac vice*)
Jiun-Wen Bob Teoh (admitted *pro hac vice*)
**FOLEY HOAG LLP**
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Telephone: (212) 812-0400
Email: abauer@foleyhoag.com
    jteoh@foleyhoag.com

-and-

Euripides Dalmanieras (admitted *pro hac vice*)
Christian Garcia (admitted *pro hac vice*)
Jasmine Brown (admitted *pro hac vice*)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone: (617) 832-1000
Email: edalmani@foleyhoag.com
　　　　cgarcia@foleyhoag.com
　　　　jnbrown@foleyhoag.com

*Proposed Attorneys for Debtors Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc.*