# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PEAR THERAPEUTICS, INC., *et al.*,[1] | Case No. 23-10429 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 7, 2024 AT 2:30 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.

**RESOLVED MATTERS:**

1. Motion to Approve Stipulation with Silicon Valley Bank Modifying the Automatic Stay to Allow Application of Funds [D.I. 629; Filed 03/05/2024].

    **Objection Deadline**: March 19, 2024 at 4:00 P.M. (ET).

    **Responses Received**: None.

    **Related Documents**:

    a. Certificate of No Objection [D.I. 649; Filed 03/21/2024].

    b. Order Granting Motion to Approve Stipulation with Silicon Valley Bank Modifying the Automatic Stay to Allow Application of Funds [D.I. 652; Entered 03/21/2024].

    **Status**: An order has been entered.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pear Therapeutics, Inc. (3092) and Pear Therapeutics (US), Inc. (7074). The Debtors' mailing address is c/o Sonoran Capital Advisors, LLC, 1733 N Greenfield Rd., Ste. 104, Mesa, Arizona 85205.

2. Fourth Motion of the Debtors for Entry of an Order (I) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006 and 9027 and (II) Granting Related Relief [D.I. 642; Filed 03/19/2024].

   **Objection Deadline**: April 2, 2024 at 4:00 P.M. (ET).

   **Responses Received**: None.

   **Related Documents**:

   a. Certificate of No Objection [D.I. 666; Filed 04/09/2024].

   b. Fourth Order (I) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006 and 9027 and (II) Granting Related Relief [D.I. 668; Entered 04/10/2024].

   **Status**: An order has been entered.

3. Debtors' Motion for Entry of an Order Approving the Stipulation Reducing and Allowing Claim No. 109 of CP 200 State LLC [D.I. 659; Filed 03/29/2024].

   **Objection Deadline**: April 12, 2024 at 4:00 P.M. (ET).

   **Responses Received**: None.

   **Related Documents**:

   a. Certificate of No Objection [D.I. 681; Filed 04/17/2024].

   b. Order Approving the Stipulation Reducing and Allowing Claim No. 109 of CP 200 State LLC [D.I. 683; Entered 04/18/2024].

   **Status**: An order has been entered

**MATTERS GOING FORWARD**:

4. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 626; Filed 03/04/2024].

   **Objection Deadline**: April 29, 2024 at 4:00 P.M. (ET).

   **Responses Received**:

   a. Informal comments from the U.S. Trustee.

b.  Informal Comments from of Commonwealth of Pennsylvania, Department of Revenue.

**Related Documents**:

a.  Notice of Filing of Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 647; Filed 03/21/2024].

b.  Order (A) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (B) Establishing the Solicitation and Tabulation Procedures; (C) Approving the Form of Ballots and Solicitation Materials; (D) Establishing the Plan Confirmation Schedule; and (E) Granting Related Relief [D.I. 653; Entered 03/22/2024].

c.  Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [Solicitation Version ] [D.I. 655; Filed 03/22/2024].

d.  Notice of Filing of Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [Solicitation Version] [D.I. 658; Filed 03/28/2024].

e.  Amended Notice of (I) Approval of Combined Disclosure Statement and Plan on An Interim Basis for Solicitation Purposes Only, and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement, and (B) Confirmation of the Chapter 11 Plan of Liquidation [D.I. 686; Filed 04/22/2024].

f.  Notice of Filing of Plan Supplement for the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 687; Filed 04/22/2024].

g.  Plan Proponents' Memorandum of Law in Support of Entry of an Order Confirming the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 697; Filed 05/01/2024].

h.  Declaration of Matthew Foster in Support of the Approval and Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 698; Filed 05/01/2024].

i.  Declaration of Angela Tsai in Support of the Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pear Therapeutics, Inc. and Pear Therapeutics (US), Inc. [D.I. 699; Filed 05/01/2024].

j.  Notice of Filing of Proposed Confirmation Order [D.I. 700; Filed 05/01/2024].

**Status**: This matter is going forward.

| | |
|---|---|
| Dated: May 3, 2024<br>Wilmington, Delaware | */s/ Katharina Earle*<br>Katharina Earle (No. 6348)<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, Delaware 19801<br>Telephone: (302) 518-6300<br>E-mail: kearle@gibbonslaw.com<br><br>-and-<br><br>Robert K. Malone (admitted *pro hac vice*)<br>Kyle P. McEvilly (admitted *pro hac vice*)<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4500<br>E-mail: rmalone@gibbonslaw.com<br>       kmcevilly@gibbonslaw.com<br><br>-and-<br><br>Alison D. Bauer (admitted *pro hac vice*)<br>Jiun-Wen Bob Teoh (admitted *pro hac vice*)<br>**FOLEY HOAG LLP**<br>1301 Avenue of the Americas, 25th Floor<br>New York, New York 10019<br>Telephone: (212) 812-0400<br>Email: abauer@foleyhoag.com<br>       jteoh@foleyhoag.com<br><br>-and-<br><br>Euripides Dalmanieras (admitted *pro hac vice*)<br>Christian Garcia (admitted *pro hac vice*)<br>Jasmine N. Brown (admitted *pro hac vice*)<br>**FOLEY HOAG LLP**<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Telephone: (617) 832-1000<br>Email: edalmani@foleyhoag.com<br>       cgarcia@foleyhoag.com<br>       jnbrown@foleyhoag.com<br><br> *Attorneys for Debtors Pear Therapeutics, Inc.*<br> *and Pear Therapeutics (US), Inc.* |